UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. ROBINSON, | No. 2:12-cv-2783 MCE GGH PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

On October 6 and 7, 2013, plaintiff sent two letters by email to the undersigned's chambers email address. Plaintiff is informed that such communications with the court, without providing notification to the opposing party, constitute improper *ex parte* communications. The court is unable to be a neutral adjudicator where one party attempts to raise an argument before it without the participation of the opposing party. Therefore, the two emails will be filed and docketed so that defendants may be aware of them. In future, plaintiff must communicate with the court by filing the document(s) with the Clerk's Office and serving his opposing counsel.

As to the substance of plaintiff's email communications, plaintiff, by asking how he can bring the issues before the court, appears to seek discovery from defendants in order to establish his case. Plaintiff is advised to refer to the Federal Rules of Civil Procedure in serving the discovery requests he desires. See Fed. R. Civ. P. 26-36. If there is a discovery dispute, plaintiff may file a motion pursuant to this court's Local Rules. See E.D. Local Rule 251. In general, EEOC investigators are not required to submit to deposition in cases where the EEOC is not a

1  party.  Baker v. Dupnik, 2010 WL 9561922, *3-4 (D. Ariz. Jan. 27, 2010).  In regard to notes and
2  transcripts from the EEOC case, plaintiff is advised that such documents may be subpoenaed, but
3  rules of relevance apply, and certain privileges or other limitations may restrict or prevent their
4  disclosure.  See Fed. R. Civ. P. 45; Leyh v. Modicon, Inc., 881 F.Supp. 420, 426-27 (S.D. Ind.
5  1995); Exxon Shipping Co. v. U.S. Dept. of Interior, 34 F.3d 774, 779 (9th Cir. 1994).

6      In regard to plaintiff's request for a prompt ruling regarding scheduling, a scheduling
7  order will issue in the near future.  The parties may begin discovery at any time and are not
8  required to await such an order.

9      Accordingly, IT IS ORDERED that: The Clerk of the Court is directed to file the two
10 emails sent to the undersigned on October 6 and 7, 2013.

11 Dated: October 11, 2013

12                              /s/ Gregory G. Hollows
13                         UNITED STATES MAGISTRATE JUDGE

14 GGH:076

2