UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. ROBINSON, | No. 2:12-cv-2783 MCE GGH PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

On March 11, 2014, plaintiff filed two motions. The first motion seeks to compel non-party EEOC's compliance with subpoenas. (ECF No. 45.) The second motion seeks modification of the current scheduling order. (ECF No. 46.) Defendants have filed oppositions to both motions.

Turning first to the motion to extend discovery and law and motion deadlines, defendants are partially correct in that plaintiff has noticed the hearing for March 27, 2014, less than the 28 days required by E.D. Local Rule 230(b). Nevertheless, a hearing is not necessary, and defendants have already filed a response. Therefore, the matter will be decided presently. Due to plaintiff's pro se status, his legitimate attempts to propound discovery without delay, and because the trial date will not be affected, plaintiff's motion will be granted. The discovery and law and motion deadlines will be extended by thirty days.

In regard to the motion to compel the EEOC to produce documents, the EEOC has not filed a response. In order for the motion to be properly considered, plaintiff shall file copies of

1

the two subpoenas served on the EEOC, as well as a listing of the documents already produced by the EEOC. See E.D. Local Rules 250.5(d); 251(c)(3).

Accordingly, IT IS ORDERED that:

1. Plaintiff's "motion to extend discovery and final law and motion calendar," filed March 11, 2014, (ECF No. 46), is granted and the March 27, 2014 hearing is vacated.

2. The discovery deadline is extended to April 24, 2014; motions to compel discovery shall be timely noticed to be heard by April 10, 2014.

3. Law and motion deadline is extended to May 22, 2014.

4. Within **seven** days of this order, plaintiff shall file copies of the two subpoenas served on the EEOC, as well as a listing of the documents already produced by this non-party.

5. The April 3, 2014 hearing remains on the undersigned's 10:00 a.m. law and motion calendar until further notice.

Dated: March 19, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Robinson2783.subp