UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTHONY W. ROBINSON, | No. 2:12-cv-2783 MCE GGH PS |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

Presently pending before the court is plaintiff's March 11, 2014 motion to compel non-party EEOC's compliance with subpoenas. (ECF No. 45.) The EEOC has not filed a response to the motion.[1] Therefore, the EEOC shall show cause for its failure.[2]

By order issued March 19, 2014, plaintiff was directed in part to file copies of the two subpoenas served on the EEOC. Plaintiff filed copies on March 21, 2014; however, the copies are not signed or dated by the Clerk of the Court. Without dates of service, it is impossible to determine whether the subpoenas were properly served. See Fed. R. Civ. P. 45(a)(2), (c) (revisions eff. Dec. 1, 2013).

Accordingly, IT IS ORDERED that:

1. Within **fourteen (14)** days of this order, the EEOC shall show cause for its failure to

---

[1] Defendants filed an opposition; however, defendants do not have standing to oppose the motion except to assert *its own* privilege claims relating to documents sought to be compelled. W.W. Schwarzer, A.W. Tashima & J. Wagstaffe, Federal Civil Procedure Before Trial § 11:2286.

[2] The scheduling order may be modified as necessary for this particular motion only.

1

file an opposition to plaintiff's motion to compel production of documents in compliance with subpoena, filed March 11, 2014, and shall file a response to the motion.

    2. The Clerk of the Court is directed to serve this order on all of the following individuals: Mike Baldanano, Scott Doughtie, and Malcolm Loungway, at United States E.E.O.C., 450 Golden Gate Avenue, 5 West, P.O. Box 36025, San Francisco, CA 94102-3661.

    3. Within **seven (7)** days of this order, plaintiff shall file signed and dated copies of the two subpoenas served on the EEOC.

Dated: April 2, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Robinson2783.subp-resp