UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants. | No. 2:12-cv-2783 MCE GGH PS<br><br><br><br>ORDER |

Presently pending before the court is plaintiff's March 11, 2014 motion to compel non-party EEOC's compliance with subpoenas. (ECF No. 45.) When the EEOC did not file a response to the motion, this court issued an order to show cause for the failure. Although the order was signed on April 2, 2014, it was docketed on April 3, 2014, after the EEOC filed its April 2, 2014 motion for leave of court to file its opposition. The EEOC has sufficiently provided cause for its failure in documentation indicating that it was not timely served with plaintiff's motion. The EEOC has also filed its opposition.[1] (ECF No. 60.)

Accordingly, IT IS ORDERED that:

1. The order to show cause, filed April 3, 2014, is discharged.

2. EEOC's motion for leave of court to file an untimely opposition to plaintiff's motion to compel is granted, and the EEOC's opposition is accepted.

---

[1] A joint statement will not be required for this motion.

1

3. The Clerk of the Court is directed to serve this order on counsel of record for the EEOC at the address indicated in its filing.

Dated: April 4, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Robinson2783.osc-dchg