UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN,<br><br>Defendant. | No.  2:12-cv-2783 MCE GGH PS<br><br><br><br>ORDER |

Presently scheduled on this court's law and motion calendar for April 24, 2014 is defendant's motion for summary judgment, filed March 24, 2014.  Also pending and under submission is plaintiff's motion to compel non-party EEOC's compliance with subpoenas, filed March 11, 2014.  Although plaintiff's motion to compel was taken under submission without a hearing (ECF No. 59), a review of the EEOC's late filed response and plaintiff's response to the court's order, issued March 19, 2014 (ECF No. 50), indicates a hearing on plaintiff's motion is warranted before defendant's motion for summary judgment can be considered.

Accordingly, IT IS ORDERED that:

1. Defendant's motion for summary judgment is vacated from the calendar for April 24, 2014, and will be rescheduled after resolution of plaintiff's motion to compel.  A future order will direct plaintiff when to file his opposition to that motion, as well as directing defendant when a reply may be filed.

2. Plaintiff's motion to compel the EEOC's compliance with subpoena will instead be heard on **April 24, 2014 at 10:00 a.m**.  Plaintiff may file a reply to the EEOC's opposition, if

1

desired, by April 17, 2014.  The scheduling order (ECF Nos. 29, 49) is modified to permit this hearing.  The hearing will be held in **Courtroom #8.**

     3.  The Clerk of the Court is directed to serve this order on counsel of record for the EEOC at the address indicated in its filing.  The EEOC's request for a telephonic appearance is granted, and they shall contact the courtroom deputy, Danielle Eichhorn, at 916-930-4152 with the land-line number at which they can be reached.

Dated: April 8, 2014

                                 /s/ Gregory G. Hollows

                         UNITED STATES MAGISTRATE JUDGE

GGH:076/Robinson2783.mtc-msj