UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. ROBINSON, | No. 2:12-cv-2783 MCE GGH PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN, | |
| Defendant. | |

On April 11, 2014, plaintiff filed a motion to compel responses to interrogatories and production of documents. (ECF No. 67.) Much of the motion is untimely in seeking to compel discovery beyond the April 24, 2014 cutoff.[1] Therefore, plaintiff's motion will be denied except for discovery relating to plaintiff's previous motion to compel, filed January 28, 2014. (ECF No. 35.)

The two matters which will be considered are plaintiff's request for emails dated between November 14, 2007 and July 1, 2011, in which his name is referenced (document request number 1), and the report completed by Spectrum Consulting in 2007/2008 (document request number 3). For the time being, defendant will not be required to respond to plaintiff's motion as it concerns emails in which he was mentioned. Defendant will, however, be required to submit the draft[2] Spectrum Consulting Report for *in camera* review.

---

[1] The scheduling order as modified on March 19, 2014 required discovery motions to be heard by April 10, 2014. (ECF No. 49.)

[2] Defendant has previously represented that the final version is not in its possession.

1

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion to compel discovery, filed April 11, 2014, (ECF No. 67), is vacated from the law and motion calendar for May 8, 2014.

2. Within **seven** days of this order, defendant shall submit the Spectrum Consulting Report in its possession directly to this court's chambers (Suite 13-220) for *in camera* review.

Dated: April 16, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Robinson2783.incam

2