UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTHONY W. ROBINSON, | No. 2:12-cv-2783 MCE GGH PS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN, | |
| Defendant. | |

On July 2, 2014, defendant filed a request for hearing date on its summary judgment motion, filed March 24, 2014. A determination of defendant's summary judgment motion has been delayed due to various discovery motions which were required to be decided first. See e.g. Order, filed April 8, 2014. At present, the only discovery matter remaining to be addressed is plaintiff's renewed motion to compel responses to Document Request Number 1, filed April 11, 2014. (ECF No. 67.)

Accordingly, IT IS ORDERED that: Defendant's request for hearing date for its summary judgment motion, filed July 2, 2014, (ECF No. 87), is denied. Any hearing and reply dates will be scheduled after resolution of plaintiff's motion to compel.

Dated: July 16, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Robinson2783.reqhrg

1