UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. ROBINSON, | No. 2:12-cv-2783 MCE GGH PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN, | |
| Defendant. | |

On July 8, 2014, plaintiff filed a motion for sanctions based on alleged inaccuracies in defendant's answer. No response from defendant is necessary. The motion is untimely as the law and motion filing deadline passed on May 22, 2014. (ECF No. 49.) In any event, the claims made by plaintiff in the motion, that some of defendant's denials in its answer are false, are matters for trial and not appropriate for decision at the present time.

Accordingly, IT IS ORDERED that: Plaintiff's motion for sanctions, filed July 8, 2014, (ECF No. 91), is vacated from the calendar for August 7, 2014, and denied.

Dated: July 17, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Robinson2783.reqhrg

1