UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. ROBINSON, | No. 2:12-cv-2783 MCE GGH PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN, | |
| Defendant. | |

Presently before the court is defendant's motion for summary judgment, filed March 24, 2014. On April 8, 2014, the motion was vacated from the law and motion calendar, with an order directing that a hearing, as well as a schedule for opposition and reply, would be rescheduled at a later date. Plaintiff filed an opposition on April 7, 2014, which did not come to the court's attention prior to the issuance of the order. In any event, since discovery motions have been decided since that time, plaintiff will be permitted to file a supplemental opposition should he choose to do so. Defendant may also file a reply. A hearing, if necessary, will be scheduled at a later time.[1]

Accordingly, IT IS ORDERED that:

1. Plaintiff may file a supplemental opposition within thirty days of this order;

---

[1] Defendant had requested a hearing on its motion. That request was denied on July 17, 2014. The court prefers to wait for briefing before determining whether a hearing is necessary.

1

2. Defendant may file a reply within forty-five days of this order; and

3. The pretrial conference scheduled for November 13, 2014 is vacated, as is the January 5, 2015 trial date. These dates will be rescheduled at a later time if necessary.

Dated: September 9, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Robinson2783.msj