UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. ROBINSON, | No. 2:12-cv-2783 MCE GGH PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN, | |
| Defendant. | |

Defendant County of San Joaquin has filed a request to seal plaintiff's amended objections to Findings and Recommendations (ECF No. 118)[1] based upon a prior order by this Court that the same report contained in the objections be filed under seal to protect the privacy interests of individuals referenced in the report (ECF No. 82).

The undersigned believes that sealing the entire objections would have the untoward effect of permitting only defendant's reply to be in the public record. Rather than seal the entire objections and all attachments, it is only necessary to seal the report which was ordered sealed by this court's previous order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to seal documents, filed February 26, 2015, (ECF No. 121), is

---

[1] Defendant had mistakenly referred to ECF No. 119 as the objections which attach the report at issue; however, the report at issue is attached to ECF No. 118 only.

1

1 | granted in part; and

2 |     2.  The Clerk of the Court is directed to seal only pages 22 through 30 of plaintiff's

3 | objections (ECF No. 118).

4 | Dated: March 5, 2015

5 |                              /s/ Gregory G. Hollows

6 |                           UNITED STATES MAGISTRATE JUDGE

10 | GGH:076/Robinson2783.seal(1)