UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. ROBINSON, | No. 2:12-cv-02783 MCE GGH |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY, et al., | |
| Defendants. | |

Plaintiff, proceeding in this action pro se, initially filed this civil rights action on November 13, 2012.  On March 11, 2015 the District Court adopted Findings and Recommendations granting the defendants' motion for summary judgment, ECF 125, and judgment was entered against plaintiff on the same day. ECF No. 126.  Plaintiff appealed the judgment on March 20, 2015, ECF No. 127.  The judgment was affirmed except to the extent that plaintiff was permitted to proceed with a claim based solely on his allegation of a discriminatory 2009 performance evaluation, i.e., that the performance evaluation itself was potentially an "adverse action" remediable in and of itself.  ECF No. 130.

As a result of the foregoing IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall reopen this case and serve the parties with a copy of this Court's Scheduling Order along with this Order;

1

2. The parties shall meet and confer and file a Joint Scheduling Statement in conformity with this Order and the court's Scheduling Order within 30 days of this Order.

**IT IS SO ORDERED**.

Dated: July 19, 2017

                                        /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE