KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
A Professional Law Corporation
VELMA K. LIM, SBN 111006
JAMIE M BOSSUAT, SBN 267458
7540 Shoreline Drive
Stockton, CA 95219
Phone: (209) 478-2000
Facsimile: (209) 478-0354
Email: vlim@kroloff.com
       jbossuat@kroloff.com

Attorneys for Defendant
COUNTY OF SAN JOAQUIN, *sued erroneously as* SAN JOAQUIN COUNTY EMPLOYMENT AND ECONOMIC DEVELOPMENT DEPARTMENT


ANTHONY W. ROBINSON, PRO SE
5338 Barbados Circle
Stockton, CA 95210
Email: anthonywrobinson209@gmail.com
Plaintiff in Pro Se

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO BRANCH

| | |
|---|---|
| ANTHONY W. ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN COUNTY EMPLOYMENT AND ECONOMIC DEVELOPMENT DEPARTMENT AND JOHN SOLIS,<br><br>Defendants. | CASE NO. **2:12-CV-02783 MCE GGH PS**<br><br>**STIPULATION AND ORDER SETTING SETTLEMENT CONFERENCE**<br><br>Trial Date: Not Yet Set. |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the parties, plaintiff Anthony Robinson, pro se, and defendant County of San Joaquin, through its attorney of record, that the parties will participate in a Settlement Conference pursuant to ADR Local Rule 7.  Having conferred with Magistrate Hollows' courtroom deputy regarding scheduling, the parties further agree to the Settlement Conference being held on April 19, 2018 at 9:00 a.m.

Dated:  February 9, 2018             /s/
                                     ANTHONY W. ROBINSON
                                     Plaintiff in Pro Se


Dated: February 7, 2018              KROLOFF, BELCHER, SMART,
                                     PERRY & CHRISTOPHERSON
                                     A Professional Law Corporation


                                     By:  /s/
                                          JAMIE M. BOSSUAT
                                     Attorneys for Defendant
                                     COUNTY OF SAN JOAQUIN

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.  A Settlement Conference will be set for April 19, 2018 at 9:00 a.m. in Courtroom 9.

Dated: February 12, 2018             /s/Gregory G. Hollows
                                     MAGISTRATE JUDGE GREGORY G. HOLLOWS

G:\VKL\SAN JOAQUIN, COUNTY OF.EMPLOYMENT\ROBINSON v\003 PLEADINGS\STIP AND ORDER RE SETTLEMENT CONFERENCE 2.7.18.docx(jmb)