UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY W. ROBINSON, | No. 2:12-cv-02783-MCE-GGH PS |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SAN JOAQUIN COUNTY EMPLOYMENT AND ECONOMIC DEVELOPMENT DEPARTMENT and JOHN SOLIS, | |
| Defendants. | |

Presently before the Court is Plaintiff's Request for Clarification as to what issue remains to be tried in this case. ECF No. 177. Plaintiff is directed to review the Memorandum Disposition, ECF No. 130, where the appellate court remanded this case for further proceedings solely on Plaintiff's discrimination claim to the extent it is based on his 2009 performance review.

IT IS SO ORDERED.

Dated: January 22, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1