UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY W. ROBINSON, | No. 2:12-cv-02783-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SAN JOAQUIN COUNTY EMPLOYMENT AND ECONOMIC DEVELOPMENT DEPARTMENT and JOHN SOLIS, | |
| Defendants. | |

Each of the parties in the above-captioned case has filed a "Consent to Jurisdiction of United States Magistrate Judge" (ECF Nos. 178 and 182). See 28 U.S.C. § 636(c). Under E.D. Cal. Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the referral to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///
///
///
///

1

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Magistrate Judge Carolyn K. Delaney. The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:12-cv-02783-CKD. All currently scheduled dates presently set before Judge England are hereby VACATED.

IT IS SO ORDERED.

Dated: February 27, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept referral of this case for all further proceedings and entry of final judgment.

Dated: February 27, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE