KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
A Professional Law Corporation
VELMA K. LIM, SBN 111006
JAMIE M BOSSUAT, SBN 267458
7540 Shoreline Drive
Stockton, CA 95219
Phone: (209) 478-2000
Facsimile: (209) 478-0354
Email: vlim@kroloff.com
jbossuat@kroloff.com

Attorneys for Defendant
COUNTY OF SAN JOAQUIN, *sued erroneously as* SAN JOAQUIN COUNTY EMPLOYMENT AND ECONOMIC DEVELOPMENT DEPARTMENT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO BRANCH

| | |
|---|---|
| ANTHONY W. ROBINSON, | CASE NO. **2:12-CV-02783 CKD** |
| Plaintiff, | **NOTICE OF REQUEST AND REQUEST TO REDACT DOCUMENTS** |
| vs. | Trial Date: June 10, 2019<br>Courtroom: 24<br>Magistrate Judge: Hon. Carolyn K. Delaney |
| SAN JOAQUIN COUNTY EMPLOYMENT AND ECONOMIC DEVELOPMENT DEPARTMENT AND JOHN SOLIS, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant will and hereby does move this Court for an order redacting the names and employee numbers on trial exhibits 30 through 37 such that only the first name and last initial is unredacted. This Motion is made pursuant to Eastern District Local Rule 141 and is based upon the privacy interests of the individual employees.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the unredacted exhibits previously submitted to the Court in this

matter, and the redacted exhibits which are included with this Motion.

Dated: May 28, 2019
KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
A Professional Law Corporation

By: /s/ Jamie M. Bossuat
JAMIE M. BOSSUAT
Attorneys for Defendant
COUNTY OF SAN JOAQUIN

### **REQUEST TO REDACT – POINTS AND AUTHORITIES**

Plaintiff's trial exhibits include employee performance evaluations for individuals who are not parties to this case. In order to protect the privacy interests of these individuals, Defendant County of San Joaquin requests that the Court order that the names on the evaluations be partially redacted such that only the first name and last initial of the individuals appears on the evaluations. Additionally, the County requests that the employee numbers be redacted from the evaluations. Defendant has attached its proposed redactions to this Motion anticipating that if the Motion is granted, these copies can be substituted for the unredacted versions that were previously submitted to the Court.

Eastern District Local Rule 141 provides that documents may be sealed only by written order of the Court, upon the showing required by applicable law. Defendant's request is supported by the individual employee's right to privacy. The California Constitution recognizes "inalienable rights," including the right of privacy which are broader than those guaranteed by the U.S. Constitution. California Constitution, Art. I, § 1; *American Academy of Pediatrics v. Lungren*, 16 Cal.4th 307, 327-328 (1997). The right to privacy includes individual's interest in precluding the dissemination or misuse of sensitive and confidential information. *See Hill v. National Collegiate Athletic Ass'n*, 7 Cal.4th 1, 20, 35; *Sheehan v. San Francisco 49ers, Ltd*, 45 Cal.4th 992, 10000 (2009).

Employee performance reviews are sensitive documents maintained as part of personnel files that the employees understand are protected from public disclosure. Defendant's potential redaction of the employee number and the last name except for the last

initial protects the employees' privacy interest while at the same time allowing the documents to be utilized in the upcoming trial in this matter. The first name and last initial will allow the witnesses to testify regarding the documents without public disclosure of the employee's identities.

Specifically, Defendant County of San Joaquin requests that the Court issue an order requiring (1) employee names be redacted, leaving the first name and last initial undredacted, and (2) employee numbers be redacted. This request applies to the following exhibits:

- Exhibit 30 – Employee Performance Report for Linda H., 11/10/08 – 11/30/09, SJC/AR 001233;
- Exhibit 31 – Employee Performance Report for Judy B., 10/20/08 – 10/15/09, SJC/AR 001239;
- Exhibit 32 – Employee Performance Report for Michael S., 11/05/08 – 11/08/09, SJC/AR 001220;
- Exhibit 33 – Employee Performance Report for Cheryl F., 11/05/08 – 11/08/09, SJC/AR 001235;
- Exhibit 34 – Employee Performance Report for Hector Q., 11/05/08 – 11/08/-09, SJC/AR 001228-1229;
- Exhibit 35 – Employee Performance Report for Nancy P., 11/05/08 – 11/08/09, SJC/AR 001231
- Exhibit 36 – Employee Performance Report for Lorie C., 11/05/08 – 11/08/09, SJC/AR 001237
- Exhibit 37 – Employee Performance Report for Charles S., 11/05/08 – 11/08/09, SJC/AR 001241

Dated: May 28, 2019            KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
A Professional Law Corporation


By:    */s/ Jamie M. Bossuat*
      JAMIE M. BOSSUAT
Attorneys for Defendant
COUNTY OF SAN JOAQUIN

///

///

///

///

///

## [PROPOSED] ORDER

Having read and considered the foregoing points and authorities, and good cause appearing therefore, Defendant County of San Joaquin's request to redact Plaintiff's Trial Exhibits nos. 30, 31, 32, 33, 34, 35, 36, and 37 is GRANTED. The employee name will be redacted so that only the first name and last initial remain unredacted and the employee numbers will be redacted.

Dated: June 7, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE